■ In the Matter of NOREON K. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MONIQUE K., Appellant. (Appeal No. 2.) [912 NYS2d 473]—Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered August 11, 2009 in a proceeding pursuant to Social Services Law § 384-b and Family Court Act article 6. The order denied the motion of respondent to vacate a default order.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Mikia H. (Monique K.)* (78 AD3d 1575 [2010] [decided herewith]). Present—Smith, J.P., Peradotto, Carni, Sconiers and Gorski, JJ.